

# THE THIRTEENTH COURT OF APPEALS

---

### 13-21-00135-CV

---

OCTAVIO AGUILERA; THE SCHUMACHER GROUP OF TEXAS, INC.; VHS
HARLINGEN HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL
CENTER-HARLINGEN; ADRIAN ALANIZ; KRISTEN WHITE; GEORGE
HUDDLESTON, IV, M.D.; AND WILLIAM TAW, M.D.
v.
ELIAZAR COSTILLA, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE
ESTATE OF KRISTY RENEE COSTILLA, DECEASED, AND AS NEXT FRIEND OF
A.J.C. AND C.K.C., MINORS; MELINDA RODRIGUEZ LEAL; AND CAMILO TREVINO

---

On Appeal from the
197th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-04542-C

---

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court and REVERSED AND REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

March 30, 2023